UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No.  6:25-cv-115-WWB-DCI

**SABRINA JARRETT,**

  Plaintiff,

v.

**LENDINGPOINT LLC and
INDEPENDENCE CAPITAL
RECOVERY LLC,**

  Defendants.
_____/

**<u>JOINT NOTICE OF SETTLEMENT</u>**

  Plaintiff Sabrina Jarrett and Defendants Lendingpoint LLC and Independence Capital Recovery LLC submit this Joint Notice of Settlement and state that Parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

  [*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

DATED: March 10, 2025

  /s/ Thomas J. Patti
**THOMAS PATTI, ESQ.**
Florida Bar No. 118377
E-mail:      tom@pzlg.legal
**VICTOR ZABALETA, ESQ.**
Florida Bar No. 118517
E-mail: victor@pzlg.legal
PATTI ZABALETA LAW GROUP
110 SE 6th Street Suite 1732
Fort Lauderdale, Florida 33301
Phone:    561-542-8550

*COUNSEL FOR PLAINTIFF*

/s/ Gillian D. Williston
**GILLIAN D. WILLISTON, ESQ.**
LEAD ATTORNEY; ATTORNEY TO BE NOTICED
TROUTMAN PEPPER LOCKE
222 Central Park Ave Ste 2000
Virginia Beach, VA 23462
USA
757-687-7517
gillian.williston@troutman.com

*COUNSEL FOR DEFENDANT LENDINGPOINT LLC*

/s/ Christopher A. Walker
**CHRISTOPHER A. WALKER, ESQ.**
ATTORNEY TO BE NOTICED
LIPPES MATHIAS LLP
10151 Deerwood Park Boulevard
Building 300, Suite 300
Jacksonville, FL 32256
USA
904-660-0020
cwalker@lippes.com

*COUNSEL FOR DEFENDANT INDEPENDENCE CAPITAL RECOVERY LLC*